**STATEMENT OF FACTS**

On or about September 19, 2013, the members of the Safe Street Task Force executed a search warrant from the District of Columbia Superior Court for XXXX XXXXXXX XXXXXX XXXXXXXXX, Apartment XXX Washington, DC for suspected firearm violations. The defendant, Naquan Tolson was located inside. After searching the residence, the Task Force members recovered a Lorcin .380 handgun from under the stove and 50 rounds of 9mm ammunition located on top of the cabinet. The handgun contained four rounds of .380 ammunition with one round in the chamber. Also recovered from the residence were thirty-two (32) pink zip lock bags containing a white rock like substance, which field tested positive for cocaine. The defendant was placed under arrest. After arrest, the defendant stated he purchased the Lorcin .380 handgun two weeks ago from someone in the Washington, DC area and placed it under the stove. The defendant also stated that he had purchased the crack cocaine and packaged it in the zip lock bags in the apartment and was planning to sell it in the area of XXXXXXX XXXXXX, XXXXXXXXX. To the best of the undersigned officer's knowledge, defendant Naquan Tolson has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of the District of Columbia, Case Nos. 2004-FEL-0005930 and 2008-CF2-019322. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Lorcin .380 caliber semi-automatic handguns nor ammunition manufactured in the District of Columbia.

_____
SPECIAL AGENT, JOSHUA TAYLOR
FEDERBAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE